UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
WILBERT MOORE,

            Plaintiff,                                  JUDGMENT

     v.                                                    23-cv-08308-ENV-LB

N.Y.C. DOE, MAYOR ERIC ADAMS and
STUDENTS A, B, C, D,

            Defendants.
------------------------------------------------------------ X

       An Order to Show Cause of Honorable Eric N. Vitaliano, United States District Judge, having been filed on January 12, 2024, directing Plaintiff to show cause as to why his complaint should not be dismissed under the principles of res judicata and collateral estoppel, *See Moore v. N.Y.C Dep't of Educ. et al.,* No. 16-cv-5971 (ENV) 2017 WL 4350423 (E.D.N.Y. July 17, 2017); and an Order having been filed on February 23, 2024, dismissing Plaintiff's complaint as barred by the doctrines of res judicata and collateral estoppel, *See Moore v. N.Y.C Dep't of Educ. et al.,* No. 16-cv-5971 (ENV), 2017 WL 4350423 (E.D.N.Y. July 17, 2017); it is

       ORDERED and ADJUDGED that Plaintiff's complaint is dismissed as barred by the doctrines of res judicata and collateral estoppel, *See Moore v. N.Y.C Dep't of Educ. et al.,* No. 16-cv-5971 (ENV), 2017 WL 4350423 (E.D.N.Y. July 17, 2017); and that plaintiff is warned that should he continue to file substantially similar complaints in this district, the Court may prohibit him from doing so absent advanced judicial permission for his proposed filing.

Dated: Brooklyn, NY                                                 Brenna B. Mahoney
       March 19, 2024                                              Clerk of Court

                                                                        By: */s/Jalitza Poveda*
                                                                             Deputy Clerk